Devin Coyle, State Bar No. 267194
DEVIN COYLE LAW
70 Washington Street, Suite 325
Oakland, CA 94607
Phone: 510-584-9020
Fax: 510-584-9039
Email: dcoyle@workerscounsel.com

Attorneys for Plaintiff
ARVIN PLIZARDO

Cathy L. Arias, State Bar No. 141989
Evelin Y. Bailey, State Bar No. 291208
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666
Email:        carias@burnhambrown.com
              ebailey@burnhambrown.com

Attorneys for Defendants
LTP MANAGEMENT, INC., LTP CARE CONTINUUM CORPORATION, LETICIA PEREZ, SERAFIN PEREZ, KATHY PEREZ ARANA, SHYLYN NAPOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ARVIN PLIZARDO, and individual,<br><br>Plaintiff,<br><br>v.<br><br>LTP MANAGEMENT, INC., a California corporation; LTP CARE CONTINUUM CORPORATION, a California corporation; LETICIA PEREZ, and individual; SERAFIN PEREZ, an individual; KATHY PEREZ ARANA, an individual; SHYLYN NAPOLIS, an individual; and DOES 1-50, inclusive,<br><br>Defendants. | No. 4:14-cv-04481-KAW<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br><br>**Date:  August 18, 2015**<br>**Time:  1:30 PM**<br>**Room: 4KAW**<br>**Judge: Westmore** |

**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE**

Plaintiff Arvin Plizardo ("Plaintiff") and Defendants LTP Management, Inc., LTP Care Continuum Corporation, Leticia Perez, Serafin Perez, Kathy Perez, and Shylyn Napolis (jointly "Defendants") reached a settlement at the Settlement Conference with Magistrate Judge Elizabeth D. Laporte on August 6, 2015.

The parties anticipate filing a Proposed Order of Dismissal by November 6, 2015.

To allow the parties time to finalize the settlement and file a Proposed Order of Dismissal, the parties request that the CMC set for August 18, 2015 at 1:30 p.m. be continued to November 17, 2015, or a later date that is convenient for the Court.

DATED: August 17, 2015        DEVIN COYLE LAW
                              BROWNE LABOR LAW

                              /s/ Devin Coyle
                              _____
                              DEVIN COYLE
                              Attorneys for Plaintiff

DATED: August 17, 2015        BURNHAM BROWN

                              */s/ Evelin Y. Bailey*
                              _____
                              EVELIN Y. BAILEY
                              Attorneys for Defendants

**[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

Based on the joint stipulation filed by the parties, the Case Management Conference set for August 18, 2015 at 1:30 p.m. is continued to November 17, 2015 at 1:30 p.m.

IT IS SO ORDERED.

Dated: 8/18/15                _____
                              UNITED STATES MAGISTRATE JUDGE
                              KANDIS A. WESTMORE