Devin Coyle, State Bar No. 267194
DEVIN COYLE LAW
70 Washington Street, Suite 325
Oakland, CA 94607
Phone: 510-584-9020
Fax: 510-584-9039
Email: dcoyle@workerscounsel.com

Attorneys for Plaintiff
ARVIN PLIZARDO

Cathy L. Arias, State Bar No. 141989
Evelin Y. Bailey, State Bar No. 291208
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: carias@burnhambrown.com
ebailey@burnhambrown.com

Attorneys for Defendants
LTP MANAGEMENT, INC., LTP CARE CONTINUUM CORPORATION, LETICIA PEREZ, SERAFIN PEREZ, KATHY PEREZ ARANA, SHYLYN NAPOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ARVIN PLIZARDO, and individual,

Plaintiff,

v.

LTP MANAGEMENT, INC., a California corporation; LTP CARE CONTINUUM CORPORATION, a California corporation; LETICIA PEREZ, and individual; SERAFIN PEREZ, an individual; KATHY PEREZ ARANA, an individual; SHYLYN NAPOLIS, an individual; and DOES 1-50, inclusive,

Defendants.

No. 4:14-cv-04481-KAW

**JOINT APPLICATION AND STIPULATION FOR DISMISSAL OF ACTION**

The parties to this action hereby apply for and stipulate to issuance of an order dismissing this action with prejudice, subject to the terms of the settlement agreement. Each party shall bear its own fees and costs.

A proposed order of dismissal is attached to this joint application and emailed, in Word format, to chambers.

So stipulated.

DATED: November 9, 2015

DEVIN COYLE LAW
BROWNE LABOR LAW

/s/ Devin Coyle

DEVIN COYLE
Attorneys for Plaintiff

DATED: November 9, 2015

BURNHAM BROWN

*/s/ Cathy L. Arias*

CATHY L. ARIAS
Attorneys for Defendants

Devin Coyle, State Bar No. 267194
DEVIN COYLE LAW
70 Washington Street, Suite 325
Oakland, CA 94607
Phone: 510-584-9020
Fax: 510-584-9039
Email: dcoyle@workerscounsel.com

Attorneys for Plaintiff
ARVIN PLIZARDO

Cathy L. Arias, State Bar No. 141989
Evelin Y. Bailey, State Bar No. 291208
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone: (510) 444-6800
Facsimile: (510) 835-6666
Email: carias@burnhambrown.com
ebailey@burnhambrown.com

Attorneys for Defendants
LTP MANAGEMENT, INC., LTP CARE CONTINUUM CORPORATION, LETICIA PEREZ, SERAFIN PEREZ, KATHY PEREZ ARANA, SHYLYN NAPOLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

ARVIN PLIZARDO, and individual,

Plaintiff,

v.

LTP MANAGEMENT, INC., a California corporation; LTP CARE CONTINUUM CORPORATION, a California corporation; LETICIA PEREZ, and individual; SERAFIN PEREZ, an individual; KATHY PEREZ ARANA, an individual; SHYLYN NAPOLIS, an individual; and DOES 1-50, inclusive,

Defendants.

No. 4:14-cv-04481-KAW

**~~[PROPOSED]~~ ORDER OF DISMISSAL**

Based on the joint application and stipulation of the parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice, subject to the terms of the settlement agreement executed by the parties. Each party shall bear its own fees and costs.

IT IS SO ORDERED.

Dated: 11/12/15

Kandis Westmore

HON. KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE